IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER SUNG OHR, Regional Director of Region 13 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br><br>Respondent,<br><br>v.<br><br>PETER SUNG OHR, Regional Director of Region 13 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Counterclaim-Defendant,<br><br>and<br><br>PETER B. ROBB, General Counsel of the National Labor Relations Board, and the NATIONAL LABOR RELATIONS BOARD,<br><br>Third-Party Defendants. | Civil Action No.: 1:18-CV-08414<br><br>Judge: Ruben Castillo<br><br>Magistrate Judge: Jeffrey Cole |

**LETTER OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PETITION FOR PRELIMINARY INJUNCTION UNDER
SECTION 10(L) OF THE NATIONAL LABOR RELATIONS ACT**

Petitioner Peter Sung Ohr, Regional Director of Region 13 of the National Labor

Relations Board (NLRB), and Counterclaim-Defendant, together with Third-Party

Defendants the NLRB and NLRB General Counsel Peter B. Robb, respectfully submits this letter of supplemental authority:

1. *Construction and General Laborers' Union No. 330 v. Town of Grand Chute*, 2019 WL 612563 (7th Cir. Feb. 14, 2019)(holding that Town's enforcement of ordinance restricting the use of inflatable animal balloons did not violate the First Amendment as long as restriction was content neutral, narrowly tailored to serve a government interest, and left open ample alternative ways to communicate the desired message).

**DATED** at Chicago, Illinois this 22nd day of February, 2019.

*/s/ Kevin McCormick, filed electronically*
Kevin McCormick
Counsel for Petitioner
National Labor Relations Board, Region 13
219 South Dearborn Street, Suite 808
Chicago, Illinois 60604
(312) 353-7594
*Kevin.mccormick@nlrb.gov*

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that on February 22, 2019, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notifications to the following:

Dale D. Pierson (dpierson@local150.org)
Melinda S. Hensel (mhensel@local150.org)
Charles R. Kiser (ckiser@local150.org)
Robert A. Paszta (rpaszta@local150.org)
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph. 708-579-6663
Fx. 708-588-60525

                                              */s/ Kevin McCormick, filed electronically*
                                              Kevin McCormick
                                              Counsel for Petitioner
                                              National Labor Relations Board, Region 13
                                              219 South Dearborn Street, Suite 808
                                              Chicago, Illinois 60604
                                              (312) 353-7594
                                              *Kevin.mccormick@nlrb.gov*